IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Andres Leroy Glenn, ) | C/A No. 3:12-2682-CMC -SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Bernard Jones; and Mary Lee Jones ) | |
| Rivers, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge

      By orders issued on October 11, 2012, and November 29, 2012, Plaintiff was given a specific time frame in which to bring this case into proper form. [Entry #7, #15]. Plaintiff has substantially complied with the court's orders, and this case is now in proper form.

**PAYMENT OF THE FILING FEE**:

      Plaintiff has submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), and supplement thereto, which are construed as a Motion for Leave to Proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. A review of the motion reveals that Plaintiff should be relieved of the obligation to prepay the full filing fee. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **granted**, subject to the court's right to require a payment if Plaintiff's financial condition changes, and to tax fees and costs against Plaintiff at the conclusion of this case if the court finds the case to be without merit. *See Flint v. Haynes*, 651 F.2d 970, 972–74 (4th Cir. 1981).

**TO THE CLERK OF COURT**:

      The Clerk of Court is directed *not* to issue the summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

February 7, 2013　　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge