IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Andres Leroy Glenn, | ) | C/A NO.  3:12-2682-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Bernard Jones; and Mary Lee Jones Rivers, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* motion for copies.  ECF No. 29.

Plaintiff's motion for copies indicates he seeks copies "to prepare case."  Mot. at 1.  However, this

matter was closed February 26, 2013.  As there is nothing to "prepare" in this matter,  Plaintiff's

motion for copies is **denied**.

**IT IS SO ORDERED.**


s/ Cameron McGowan Currie
CAMERON MᴄGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE


Columbia, South Carolina
October 9, 2013

1